**Larry E. FRITCHEY, Respondent,**

v.

**Sharon Kay FRITCHEY, Appellant.**

**No. WD 39750.**

Missouri Court of Appeals,
Western District.

May 3, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1988.

Peggy D. Richardson, Stockard, Andereck, Hauck, Sharp & Evans, Jefferson City, for appellant.

Kenneth O. McCutcheon, Jr., Woolsey and Yarger, Versailles, for respondent.

Before MANFORD, J., Presiding, and TURNAGE and COVINGTON, JJ.

ORDER

PER CURIAM:

Appeal from a decree of dissolution of marriage dividing marital property.

Judgment affirmed. Rule 84.16(b).